UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HARRIET BROOKS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>OREGON MUTUAL GROUP,<br><br>　　　　　　Defendant. | NO. CV-13-00276-JLQ<br><br>ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE |

　　　BEFORE THE COURT is the parties' Stipulated Motion for Dismissal with Prejudice (ECF No. 13). The court had previously granted the parties' request to delay the Scheduling Conference so that the parties could engage in mediation. The court has been informed the matter has resolved. Accordingly,

　　　**IT IS HEREBY ORDERED**:

　　　1. The Stipulated Motion (ECF No. 13) is **GRANTED**.

　　　2. The Clerk of this court shall enter judgment of dismissal of the First Amended Complaint and the claims therein with prejudice and without an award of costs to any party.

　　　3. The Scheduling Conference set for October 24, 2013, is hereby **STRICKEN**.

　　　**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and Judgment, furnish copies to counsel, and close this file.

　　　**DATED** this 21st day of October, 2013.

　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1