# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| HARRIET BROOKS, *Plaintiff* v. OREGON MUTUAL GROUP, *Defendant* | ) ) ) ) ) ) Civil Action No. CV-13-00276-JLQ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment of Dismissal is entered, dismissing with prejudice and without an award of costs to any party the First Amended Complaint and the claims therein.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Justin L. Quackenbush. on a motion for Stipulated Motion for Dismissal With Prejudice.

Date: 10/22/2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson